THE PEOPLE OF THE STATE OF NEW YORK ex rel. TURNER CONSTRUCTION

Co. v. JACOB A. CANTOR and Others, as Commissioners.— Motion granted. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.